JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY CLARENCE MINTON, <br><br> Petitioner, <br><br> v. <br><br> VICTOR M. ALMAGER, Warden, <br><br> Respondent. | Case No. EDCV 07-29-GW (OP) <br><br> J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: November 10, 2010

_____
HONORABLE GEORGE H. WU
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge